UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HEATHER WAHY,

   Plaintiff,

                                                        CASE NO.: 6:08-CV-970

-vs-

NCO FINANCIAL SYSTEMS, INC.,

   Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, HEATHER WAHY, by and through her undersigned attorney, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and Rule 3.08 of the Local Rules of the United States District Court Middle District of Florida, hereby dismisses any and all claims asserted in this action against Defendant, NCO FINANCIAL SYSTEMS, INC., and hereby dismisses this action with prejudice with each party to bear their own costs.

Dated this 5th day of March 2009.

                                                Respectfully submitted

                                                Morgan & Morgan, P.A.

                                                /s/Anthony M. Iannacio
                                                Anthony M Iannacio, Esquire
                                                Florida Bar No.: 0144215
                                                One Tampa City Center
                                                Tampa, FL 33602
                                                Tele: (813) 223-5505
                                                Fax: (813) 223-5402
                                                Attorney for Plaintiff

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Voluntary Dismissal With Prejudice has been furnished by U.S. Mail this 5th day of March, 2009 to: Dayle M. Van Hoose, Esquire, Sessions, Fishman, Nathan & Isreal, L.L.P., 9009 Corporate Lake Drive, Suite 300-S, Tampa, FL  33634.

/s/ Anthony M. Iannacio
Attorney