UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HEATHER WAHY,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.
_____/

CASE NO. 6:08-cv-00970-JA-GJK

### JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

COMES now Plaintiff, Heather Wahy and Defendant, NCO Financial Systems, Inc. ("NCO"), by and through their undersigned counsel, in the above-titled action and represents to the Court that this matter, regarding plaintiff's claims against NCO, has been settled amicably, and request entry of a Final Order of Dismissal with Prejudice in this matter, with each party to bear its own costs and attorneys' fees except as provided in the parties' Settlement Agreement and Release of Liability.

Dated this 10th day of March 2009.

/s/ Anthony M. Iannacio
Anthony M. Iannacio, Esq.
Morgan & Morgan, P.A.
One Tampa City Center
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 275-9295
Attorney for Plaintiff

/s/ Dayle M. Van Hoose
Dayle M. Van Hoose, Esq.
Sessions, Fishman, Nathan & Israel, LLP
9009 Corporate Lake Drive, Suite 300-S
Tampa, Florida 33634
Telephone: (813) 890-2463
Facsimile: (813) 889-9757
Attorney for Defendant